## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ANN MARIE SEAR and ) <br> STEPHEN SEAR, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> STATE FARM MUTUAL AUTOMOBILE ) <br> INSURANCE COMPANY, et al., ) <br> ) <br>     Defendants. ) <br> ) | 3:05-CV-695-HDM (RAM) <br><br> **MINUTES OF THE COURT** <br><br> April 5, 2006 |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The parties have failed to submit a Discovery Plan and Scheduling Order within the time required by Local Rule 26-1(d).

The parties have a period of five (5) days from receipt of this Minute Order within which to submit said Discovery Plan and Scheduling Order in compliance with Local Rule 26-1. If they fail to do so, the Clerk shall set a hearing to determine why the plan and order have not been timely submitted and to invoke sanctions, if appropriate.

    IT IS SO ORDERED.

                                              LANCE S. WILSON, CLERK <br>
                                              By:      /s/ <br>
                                                  Deputy Clerk

Case 3:05-cv-00695-HDM-RAM   Document 6   Filed 04/05/06   Page 2 of 2